ACCEPTED
01-15-00631-CV
FIRST COURT OF APPEALS
HOUSTON, TEXAS
11/20/2015 2:09:42 PM
CHRISTOPHER PRINE
CLERK

NO. 01-15-00631-CV

IN THE FIRST COURT OF APPEALS

HOUSTON, TEXAS

_____

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
11/20/2015 2:09:42 PM
CHRISTOPHER A. PRINE
Clerk

Peter J. Paske, Jr.,

*Appellant,*

v.

Joel Fitzgerald, Individually and in his Official Capacity as the Chief of Police of Missouri City, Texas and The City of Missouri City, Texas,

*Appellees.*

_____

On Appeal from the 240th Judicial District Court
of Fort Bend County, Texas
Trial Court No. 12-DCV-200899

_____

APPELLEES' UNOPPOSED MOTION TO EXTEND TIME TO FILE A BRIEF

_____

TO THE HONORABLE FIRST COURT OF APPEALS:

Appellees, pursuant to Tex. R. App. P. 38.6(d) and 10.5(b), request this Court to extend time to file a brief:

1.     The 240th District Court of Fort Bend County, Texas, signed an order granting Appellees' motion for summary judgment and plea to jurisdiction on June 22, 2015.

2.     Appellant filed a notice of appeal on July 21, 2015.

3.     Appellant filed an unopposed motion to extend time to file Appellant's Brief, which this Court granted.  Appellant filed his Brief on October 26, 2015.

4. This is Appellees' first request for extension of time to file a brief and Appellees requests a twenty (20) day extension of time in which to place a brief in the mail, up to and including December 15, 2015.

5. The undersigned counsel has responsibility for preparation of the brief on appeal. The undersigned counsel has been unable to complete the brief by the due date due to his involvement in the following matters, which also support the request for an additional 20 days to file the brief. These matters are within the personal knowledge of the undersigned, therefore no verification is necessary. TEX. R. APP. P. 10.2.:

> October 19, 2015, and before, prepare Response to Petition for Writ of Certiorari – *Paske v. Missouri City, Texas*, Case No. 15-162, Supreme Court of the United States

> October 19, 2015, and before, prepare Answer to Second Amended Complaint – *Covington v. Madisonville, Texas*, Case No. 4:13-cv-03300, United States District Court, Southern District of Texas

> October 21, 2015, and before, prepare and file dispositive motions in accordance with deadline in docket control order – *Carabajal v. Cheyenne, Wyoming,* Case No. 2:14-cv-00188, United States District Court, District of Wyoming

> October 23, 2015, and before, prepare Petition for Rehearing en banc – *Cole v. Sachse, Texas*, Case No. 14-10228, Fifth Circuit, U.S. Court of Appeals

> October 26, 2015 – Prepare for and attend deposition (Denver, CO) – *Carabajal v. Cheyenne, Wyoming,* Case No. 2:14-cv-00188, United States District Court, District of Wyoming

> October 27, 2015, and before, prepare for and present oral Argument in court of appeals (Houston, TX) – *Horn v. City of Friendswood*, Case No. 01-15-00436-CV, First Court of Appeals, Houston, Texas

> October 27, 2015 – Prepare for and attend hearing (Austin, TX) – *Crisp v. Williamson County*, Case No. 1:15-cv-00431, United States District Court, Western District of Texas

October 28, 2015 – Prepare for and attend hearing (Sherman, TX) – *Tuck v. Texoma Community Center*, Case No. CV-15-1150, 15th Judicial District of Grayson County, Texas

October 29, 2015 – Prepare for and attend deposition (Houston, TX) – *McCarty v. Southside Place*, Case No. 4:15-cv-01214, United States District Court, Southern District of Texas

October 30, 2015, and before, prepare for and participate in hearing (Cheyenne, WY) – *Carabajal v. Cheyenne, Wyoming,* Case No. 2:14-cv-00188, United States District Court, District of Wyoming

November 2, 2015 – Prepare for and attend hearing (Houston, TX) – *Lara v. Hempstead, Texas*, Case No. 2015-19223, 165th Judicial District of Harris County, Texas

November 5, 2015 – Prepare for and attend hearing (Houston, TX) – *Moss v. Harris County Constable Precinct One*, Case No. 4:14-cv-02180, United States District Court, Southern District of Texas

November 10, 2015 – Prepare for and attend hearing (Houston, TX) – *Bates v. Adams*, Case No. 4:15-cv-2124, United States District Court, Southern District of Texas

November 13, 2015  – Prepare for and attend hearing (Houston, Texas) – *Stephen McCarty v. Southside Place*; Case No. 4:15-cv-01214; United States District Court, Southern District of Texas

November 13, 2015 – Prepare for and attend hearing (Houston, Texas) – J. *Mike Amerson v. Williams Morgan, P.C., et al*; 269th Judicial District Court of Harris County, Texas

November 18, 2015, and before, prepare for and participate in hearing (Cheyenne, WY) – *Carabajal v. Cheyenne, Wyoming,* Case No. 2:14-cv-00188, United States District Court, District of Wyoming

November 20, 2015, and before, prepare for and attend mediation (San Francisco, CA) – Case No. C 15-01637 MEJ; *Switch, LLC v. Ixmation, Inc.*; In the United States District Court, Northern District of California, San Francisco Division

Appellees' counsel has conferred with Appellant's counsel, and Appellant **does not** oppose the relief sought in this motion.

For the above reasons, Appellees request this court grant a twenty (20) day extension of time to file a brief, up to and including December 15, 2015.

Respectfully submitted,

CHAMBERLAIN, HRDLICKA, WHITE,
        WILLIAMS & AUGHTRY

By: /s/ *William S. Helfand*
        WILLIAM S. HELFAND
        Attorney-in-Charge
        SBOT # 09388250
        Bill.helfand@chamberlainlaw.com
        Norman Ray Giles
        SBOT # 24014084
        Norman.giles@chamberlainlaw.com
        1200 Smith Street, Suite 1400
        Houston, Texas  77002-4401
        (713) 654-9630
        (713) 658-2553 (Fax)

        ATTORNEYS FOR APPELLEES

CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Appellees' Unopposed Motion to Enlarge Time to File Brief has been forwarded to all parties of record herein, in accordance with the District's ECF service rules, on this 20th day of November 2015, as follows:

Margaret Harris
Paul Harris
Butler & Harris
1007 Heights Boulevard
Houston, Texas  77008
Fax (888) 370-5038

        /s/*William S. Helfand*